IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID W. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-02853-BAH |
| ) | |
| WASHINGTON METROPOLITAN AREA ) | |
| TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S STATUS REPORT**

In accordance with the Court's Minute Order of April 19, 2021, Defendant Washington Metropolitan Area Transit Authority ("WMATA") reports the following information regarding its processing of the records at issue in Count 1 of the Complaint:

**Background**

1. Count 1 of the Complaint claims that Defendant improperly closed Plaintiff's Public Access to Records Policy ("PARP") request for three WMATA manuals: *Metrorail Safety Rules and Procedures Handbook*; *Metrorail Station Standard Operating Procedures Handbook*; and *WMATA Department of Bus Service Employee Handbook*.

2. Each of the three manuals contains Critical Infrastructure Information ("CII"), Sensitive Security Information ("SSI"), and/or other information relating to Metro operations that, if released, could compromise the physical safety of WMATA employees and customers and the security of Metrorail and bus systems' infrastructure, rolling stock, computer systems and other equipment supporting Metro operations.  Consequently and consistent with PARP Exemption 6.1.1, WMATA must ensure that such information in each manual is protected by

reviewing each carefully and redacting all instances of such information.[1]  WMATA is also reviewing the manuals for information that should be withheld pursuant to other PARP exemptions.  The three manuals comprise 1,212 total pages, and CII, SSI, and other information covered by PARP exemptions is interspersed throughout.

3. This review is one of the most complex PARP reviews WMATA has undertaken in the last several years.

4. Because of the presence of CII, SSI, and similar sensitive information, WMATA's Office of General Counsel ("OGC") is conducting the review in coordination with WMATA's Metro Transit Police Department ("MTPD") and Department of Safety & Environmental Management ("SAFE"), both of which have the relevant subject matter expertise.  The primary responsibility of MTPD is security within the Metro system, and the primary responsibility of SAFE is safety within the Metro system, including safety during the COVID pandemic.  The competing law-enforcement and safety priorities of those offices necessarily limit the amount of time they can devote to review of records requested through the PARP and their availability to meet with OGC attorneys regarding required redactions.

5. Compared to many federal agencies' resources for processing Freedom of Information Act requests, WMATA's resources for processing PARP requests are quite limited.  Two full-time and one half-time OGC attorneys and one full-time paralegal process PARP

---

[1] PARP Exemption 6.1.1 exempts from disclosure "CII and/or SSI and/or Records that if released, would compromise the security of the Metrorail and bus systems' infrastructure and/or rolling stock, computer systems or equipment that support the operation of the Metrorail/Metrobus systems, and/or the physical safety of its customers and/or employees."  WMATA PARP, https://www.wmata.com/about/records/public_docs/upload/PI-209-203_Public-20Access-20to-20Records_FINAL-2001-2017-202019.pdf.

requests, and each has additional responsibilities for other of WMATA's legal work. The full-time work schedule for OGC attorneys is 37.5 hours per week.

6. Following the Court's Order of April 19, WMATA's OGC has reallocated its resources for PARP requests to more expeditiously complete processing of the request that is the subject of Count 1 of the Complaint. All three OGC attorneys are processing the manuals, and the paralegal is providing assistance.

### Review Over the Prior Week

7. The attorneys or other personnel who have worked on processing the manuals that are the subject of Count 1 in the prior week and the amount of time each has spent on the processing between April 14 and April 22, 2021, is as follows:

Attorneys:

Benjamin Rashbaum – 20 hours

Suraya Sabri – 32 hours

Michael Ferrari – 34 hours

Paralegal: 3.5 hours

8. Processing each page of each manual entails consideration of feedback and questions from MTPD and SAFE on portions of each page, discussion with MTPD and SAFE about their feedback and questions, and discussion among the three OGC attorneys responsible for the review. WMATA has completed its first-level review of all 1,212 pages of the manuals and is in the process of second- and third-level reviews. The total number of pages processed to date, including pages processed on multiple levels of review, is 2,495.

9. Significantly, even after a page is processed, it may be necessary for OGC, and sometimes MTPD and SAFE, to revisit the page and consider whether it should be redacted

differently (either with additional information redacted or unredacted) in light of decisions subsequently made regarding another page of the manuals. Information that does not appear to be CII or SSI when first reviewed may later be determined to be CII or SSI based on consideration of other portions of the manuals that will be redacted or when viewed in light of information that will be revealed in other portions of the manuals slated for release. Accordingly, while there are no pages of the manuals that have not yet been processed, WMATA does not consider processing of any of the pages to be complete.

10. WMATA's present estimate for completion of processing the three manuals and release of the non-exempt portions is within one month, or by May 24, 2021. However, WMATA has been endeavoring to process the manuals as expeditiously as possible, and that estimate may shorten as WMATA makes progress. Nevertheless, WMATA cannot predict what might happen that could impact its timing.

Dated: April 23, 2021

Respectfully submitted,

  /s/ Caroline L. Wolverton
Anthony T. Pierce (D.C. Bar No. 415263)
Caroline L. Wolverton (D.C. Bar No. 496433)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K St N.W.
Washington, D.C. 20006
Telephone: (202) 887-4107
Facsimile: (202) 887-4288
cwolverton@akingump.com

Rex S. Heinke
(D.C. Bar No. Bar No. CA00080)
CALG LLP
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Telephone: (213) 878-0404
rex.heinke@calapplaw.com

Counsel for Defendant Washington Metropolitan Area Transit Authority